55 A.3d 1047

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James O'CONNOR, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 11, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of October, 2012, the Petition for Allowance of Appeal and the Request for Leave of Court are **DENIED.**